THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS STEIN and MORRIS RUSSAKOFF, Appellants.— Judgment of conviction by

the Court of Special Sessions and order affirmed.     No opinion.     Rich,
Putnam, Blackmar, Kelly and Jaycox, JJ., concur.